**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BBK TOBACCO & FOODS, LLP,

                Plaintiff,                17 **CIVIL** 4079 (BCM)

     -against-                      **JUDGMENT**

GALAXY VI CORP.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 31, 2020, plaintiff's motion for summary judgment as to damages is granted to the extent that judgment shall be entered in favor of BBK Tobacco & Foods LLP d/b/a/ HBI International and against defendant Galaxy VI Corp. d/b/a/ Galaxy Wholesale in the amount of $30,000 in the First and Second Claims in plaintiff's Amended Complaint, and defendant is permanently enjoined from selling, offering for sale, or distributing rolling papers, rolling trays, or other smoking products bearing counterfeit reproductions of plaintiff's registered trademarks; accordingly, this case is closed.

**Dated:**  New York, New York
           May 31, 2020

                                                       **RUBY J. KRAJICK**
                                                  _____
                                                        **Clerk of Court**
                              **BY:**
                                                        _____
                                                            **Deputy Clerk**