UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

BBK TOBACCO & FOODS, LLP, *d/b/a* HBI
International,

                    Plaintiff,

        -against-

2ND AVENUE CONVENIENCE STORE INC.
et al.,

              Defendants.

------------------------------------------------------------------X

1:17-cv-4079-GHW

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/24/2020

GREGORY H. WOODS, United States District Judge:

      The Court will not act on the motion for default judgment pending at Dkt No. 157.  If

Plaintiff wishes to seek a default judgment against the non-appearing Defendants, it must do so

through an order to show cause in compliance with the Court's Individual Rules of Practice in Civil

Cases.  The Court's Individual Rules are available on its website.

      The Clerk of Court is directed to terminate the motion pending at Dkt No. 157.

      SO ORDERED.

Dated:  August 24, 2020
New York, New York

                                GREGORY H. WOODS
                            United States District Judge