USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                              :

BBK TOBACCO & FOODS, LLP,                 :

                                          Plaintiff,    :                1:17-cv-04079-GHW

                                        -v -                     :                    ORDER

7TH ST VILLAGE FARM INC., et al.,          :

                                    Defendants.   :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The default judgment hearing scheduled for September 30, 2020 at 10 a.m., Dkt No. 165, will take place via teleconference. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. Plaintiff is ordered to serve a copy of this order upon the Defendants or their attorney(s) on or before September 29, 2020 and to file proof of service.

      SO ORDERED.

Dated: September 25, 2020
       New York, New York

                                                                    GREGORY H. WOODS
                                                             United States District Judge